| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Chertoff, Michael | 2. Court or Organization<br><br>Court of Appeals, 3rd Circuit | 3. Date of Report<br><br>5/13/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active. | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Judge Michael Chertoff<br>50 Walnut Street, Room 5037<br>Newark, NJ 07102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 14 12 56 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/1/03 | Gabriel Homes – Charitable contribution chosen by Weekly Standard in lieu of payment for published article. | $400 |
| 2. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | U.S. Department of Homeland Security |
| 2. | 2003 | ██████████████ Trenton, NJ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Constitution Center AEI/ABA | July 10, 2003. Philadelphia, PA. Panelist. Transportation, meals, lodging. |
| 2. | AEI (American Enterprise Institute for Public Policy Research) | August 3, 2003. Washington, DC. Panelist. Transportation, meals, lodging. |
| 3. | Harvard University Long-Term Legal Strategy Project | October 9, 2003. Cambridge, MA. Panelist. Transportation, meals, lodging. |
| 4. | University of North Carolina School of Law | October 10, 2003. Chapel Hill, NC. Keynote speaker. UNC Law Review Panel. Transportation, meals, lodging. |
| 5. | North American Trilateral Commission | November 14-16, 2003. New York, NY. Panelist. Transportation, meals, lodging. |
| 6. | Glasser LegalWorks Complex Class Actions | November 19-20, 2003. New York, NY. Panelist. Transportation. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | Glasser LegalWorks Complex Class Actions | December 3-4, 2003. San Francisco, CA. Panelist. Transportation, meals, lodging. |
| 8. | ABI/ABA | December 16-17, 2003. Washington, DC. Panelist. Transportation, meals, lodging. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Former colleagues, U.S. Department of Justice | Parting gift. (Supreme Court sketch) | $1,800 |
| 2. | Senator and Mrs. Little | Investiture gift. (Crystal water carafe) | $200 |
| 3. | Union County Bar Association | Waterford Crystal clock. Hosted reception on 11/13/03 honoring judicial appointment. | $200 |
| 4. | Geoff Berman | 2 tickets to Luciano Pavarotti, Trenton, NJ | $120 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chertoff, Michael | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wachovia (formerly First Union) | D | Interest | L | T | | | | | |
| 2. PNC Bank account | A | Interest | K | T | | | | | |
| 3. TIAA CREF NY Corporate Savings Program Fund | | None | K | T | | | | | |
| 4. Liberty Mutual Funds | | None | J | T | | | | | |
| 5. Janus Fund | | None | J | T | | | | | |
| 6. Bernstein Diversified Municipal Fund | E | Dividend | N | | | | | | |
| 7. Bernstein Tax Managed IVP Fund | B | Dividend | M | T | | | | | |
| 8. Bernstein Emerging Markets Portfolio Fund | A | Dividend | K | T | | | | | |
| 9. Sanford Bernstein Cash Account | D | Interest | O | T | | | | | |
| 10. Smith Barney Money Market / Citibank Deposit Program | C | Interest | O | T | | | | | |
| 11. Endo Pharmacy Common Stock | | None | J | T | | | | | |
| 12. Nuveen NJ Premium Income Fund | A | Dividend | K | T | | | | | |
| 13. AIM Basic Value Fund C | | None | L | T | | | | | |
| 14. AIM Constellation Fund A | | None | K | T | | | | | |
| 15. Calamos Growth Fund Class C | | None | L | T | | | | | |
| 16. Hartford Capital Appreciation Fund | | None | L | T | | | | | |
| 17. ING International Value Fund C | | None | K | T | | | | | |
| 18. Lord Abbett Mid-Cap Value Fund Class C | A | Interest | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chertoff, Michael | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MFS Value Fund Class C | A | Dividend | L | T | | | | | |
| 20. Mainstay Conv. Fund | A | Interest | K | T | | | | | |
| 21. Mainstay Hi-Yield Fund | B | Dividend | K | T | | | | | |
| 22. Pimco Pea Renaissance C | | None | L | T | | | | | |
| 23. Solomon Brothers Capital Fund 2 | | None | L | T | | | | | |
| 24. Smith Barney Aggressive Growth L | | None | L | T | | | | | |
| 25. Smith Barney Premium Total Return Fund Class B | A | Dividend | K | T | | | | | |
| 26. Smith Barney Large Cap Fund L | A | None | L | T | | | | | |
| 27. Templeton Foreign Fund Class C | B | Dividend | L | T | | | | | |
| 28. Wanaque NJ SWR AVTH Bonds | | None | J | T | | | | | |
| 29. Bergen County Utility Autho. Water Poll. Bonds | | None | K | T | | | | | |
| 30. Mercer County IMPJ Auth. Rev. Bonds | | None | J | T | | | | | |
| 31. NJ Eco Dev. Auth. St. Barnabas Bonds | | None | J | T | | | | | |
| 32. Hamilton Twp. Brd. Ed. CTFS | | None | K | T | | | | | |
| 33. Mercer Co. IMPJ Auth. SUE & Disposal Bonds | | None | K | T | | | | | |
| 34. NJ EDA Recovery CPN Bonds | | None | J | T | | | | | |
| 35. NJ EDA St. Barnabas Proj. Bonds | | None | J | T | | | | | |
| 36. Camden Co. Mun. Util. Auth. Bonds | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Marlboro Twp. NJ Mun. Util. Bonds | | None | J | T | | | | | |
| 38. NJ EDA St. Barnabas Proj. Bonds | | None | J | T | | | | | |
| 39. West NY, NJ Mun. Util. Swr. Bonds | | None | J | T | | | | | |
| 40. Jefferson Parish Hospital Bonds | A | Interest | J | T | | | | | |
| 41. Detroit Ec. Dev. Res. Rec. Bonds | A | Interest | K | T | | | | | |
| 42. NY City G/O Ser. B Bonds | A | Interest | J | T | | | | | |
| 43. Port Seattle Wash. State B G/O Bonds | B | Interest | K | T | | | | | |
| 44. Fidelity Advisor Growth Oppty Fund | | None | K | T | | | | | |
| 45. Franklin Mutual Beacon Fund C | | None | J | T | | | | | |
| 46. Oppenheimer Main St. Growth and Income Fund | | None | K | T | | | | | |
| 47. Fidelity Magellan Fund | A | Dividend | K | T | | | | | |
| 48. Fidelity Cash Res. | A | Dividend | L | T | | | | | |
| 49. Fidelity Growth Income Fund | A | Dividend | K | T | | | | | |
| 50. Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 51. Fleet Bank Common Stock | A | Dividend | J | T | | | | | |
| 52. Versant Affiliates Fund Partnership Int. | A | Int/Div | J | W | Sale | 4/1 | J | A | Vintage investments |
| 53. Mangfield Fund V Partnership Int. | A | Interest | J | W | Sale | 4/1 | J | A | Vintage investments |
| 54. TCV IV Strategic Partners Partnership Interest | A | Interest | J | W | Sale | 4/1 | J | A | Vintage investments |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chertoff, Michael | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Bay City Capital Partnership Interest | A | Interest | J | W | Sale | 4/1 | J | A | Vintage investments |
| 56. Idealab Common Stock | | None | J | T | Sale | 4/1 | J | A | Vintage investments |
| 57. Reliant Pharmaceutical Common Stock | | None | J | T | Sale | 4/1 | J | A | Vintage investments |
| 58. Expedia Common Stock | A | Capital Gain | J | T | Sale | 4/1 | J | A | Vintage investments |
| 59. Lincoln, Nebraska Water Rev. | A | Interest | K | | Bought | 4/25 | K | | |
| 60. Orange Co. Refunding, North Carolina | A | Interest | K | | Bought | 3/12 | K | | |
| 61. Greenville, South Carolina Maturity 2013 | A | Interest | | | Sold | 4/8 | J | B | |
| 62. Kendall Kane & Will Cos. Sch. Dist. Bonds Maturity 2016 | A | Interest | | | Sold | 3/11 | K | B | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes:      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chertoff, Michael | 5/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date   5/13/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| 1. Person Reporting (Last name, First name, Middle initial) Chertoff, Michael | 2. Court or Organization Court of Appeals, 3rd Circuit | 3. Date of Report 5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active. | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Judge Michael Chertoff 50 Walnut Street, Room 5037 Newark, NJ 07102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 9 2 45 PM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chertoff, Michael | 5/13/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/1/03 | Gabriel Homes - Charitable contribution chosen by Weekly Standard in lieu of payment for published article. | $400 |
| 2. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | U.S. Department of Homeland Security |
| 2. | 2003 | ▮▮▮▮▮▮▮▮▮▮ Trenton, NJ |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Constitution Center AEI/ABA | July 10, 2003. Philadelphia, PA. Panelist. Transportation, meals, lodging. |
| 2. | AEI (American Enterprise Institute for Public Policy Research) | August 3, 2003. Washington, DC. Panelist. Transportation, meals, lodging. |
| 3. | Harvard University Long-Term Legal Strategy Project | October 9, 2003. Cambridge, MA. Panelist. Transportation, meals, lodging. |
| 4. | University of North Carolina School of Law | October 10, 2003. Chapel Hill, NC. Keynote speaker. UNC Law Review Panel. Transportation, meals, lodging. |
| 5. | North American Trilateral Commission | November 14-16, 2003. New York, NY. Panelist. Transportation, meals, lodging. |
| 6. | Glasser LegalWorks Complex Class Actions | November 19-20, 2003. New York, NY. Panelist. Transportation. |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | Glasser LegalWorks Complex Class Actions | December 3-4, 2003. San Francisco, CA. Panelist. Transportation, meals, lodging. |
| 8. | AEI/ABA | December 16-17, 2003. Washington, DC. Panelist. Transportation, meals, lodging. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Former colleagues, U.S. Department of Justice | Parting gift. (Supreme Court sketch) | $1,800 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chertoff, Michael | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wachovia (formerly First Union) | D | Interest | L | T | | | | | |
| 2. PNC Bank account | A | Interest | K | T | | | | | |
| 3. TIAA CREF NY Corporate Savings Program Fund | | None | K | T | | | | | |
| 4. Liberty Mutual Funds | | None | J | T | | | | | |
| 5. Janus Fund | | None | J | T | | | | | |
| 6. Bernstein Diversified Municipal Fund | E | Dividend | N | | | | | | |
| 7. Bernstein Tax Managed IVP Fund | B | Dividend | M | T | | | | | |
| 8. Bernstein Emerging Markets Portfolio Fund | A | Dividend | K | T | | | | | |
| 9. Sanford Bernstein Cash Account | D | Interest | O | T | | | | | |
| 10. Smith Barney Tax Free Money Market | B | Interest | N | T | | | | | |
| 11. Citibank Bank Deposit Program | B | Interest | M | T | | | | | |
| 12. Endo Pharmacy Common Stock | | None | J | T | | | | | |
| 13. Nuveen NJ Premium Income Fund | A | Dividend | K | T | | | | | |
| 14. AIM Basic Value Fund C | | None | L | T | | | | | |
| 15. AIM Constellation Fund A | | None | K | T | | | | | |
| 16. Calamos Growth Fund Class C | | None | L | T | | | | | |
| 17. Hartford Capital Appreciation Fund | | None | L | T | | | | | |
| 18. ING International Value Fund C | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chertoff, Michael | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Lord Abbett Mid-Cap Value Fund Class C | A | Interest | L | T | | | | | |
| 20. MFS Value Fund Class C | A | Dividend | L | T | | | | | |
| 21. Mainstay Conv. Fund | A | Interest | K | T | | | | | |
| 22. Mainstay Hi-Yield Fund | B | Dividend | K | T | | | | | |
| 23. Pimco Pea Renaissance C | | None | L | T | | | | | |
| 24. Solomon Brothers Capital Fund 2 | | None | L | T | | | | | |
| 25. Smith Barney Aggressive Growth L | | None | L | T | | | | | |
| 26. Smith Barney Premium Total Return Fund Class B | A | Dividend | K | T | | | | | |
| 27. Smith Barney Large Cap Fund L | A | None | L | T | | | | | |
| 28. Templeton Foreign Fund Class C | B | Dividend | L | T | | | | | |
| 29. Wanaque NJ SWR AVTH Bonds | | None | J | T | | | | | |
| 30. Bergen County Utility Autho. Water Poll. Bonds | | None | K | T | | | | | |
| 31. Mercer County IMPJ Auth. Rev. Bonds | | None | J | T | | | | | |
| 32. NJ Eco Dev. Auth. St. Barnabas Bonds | | None | J | T | | | | | |
| 33. Hamilton Twp. Brd. Ed. CTFS | | None | K | T | | | | | |
| 34. Mercer Co. IMPJ Auth. SUE & Disposal Bonds | | None | K | T | | | | | |
| 35. NJ EDA Recovery CPN Bonds | | None | J | T | | | | | |
| 36. NJ EDA St. Barnabas Proj. Bonds | | None | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chertoff, Michael | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Camden Co. Mun. Util. Auth. Bonds | | None | J | T | | | | | |
| 38. Marlboro Twp. NJ Mun. Util. Bonds | | None | J | T | | | | | |
| 39. NJ EDA St. Barnabas Proj. Bonds | | None | J | T | | | | | |
| 40. West NY, NJ Mun. Util. Swr. Bonds | | None | J | T | | | | | |
| 41. Jefferson Parish Hospital Bonds | A | Interest | J | T | | | | | |
| 42. Detroit Ec. Dev. Res. Rec. Bonds | A | Interest | K | T | | | | | |
| 43. NY City G/O Ser. B Bonds | A | Interest | J | T | | | | | |
| 44. Port Seattle Wash. State B G/O Bonds | B | Interest | K | T | | | | | |
| 45. Fidelity Advisor Growth Oppty Fund | | None | K | T | | | | | |
| 46. Franklin Mutual Beacon Fund C | | None | J | T | | | | | |
| 47. Oppenheimer Main St. Growth and Income Fund | | None | K | T | | | | | |
| 48. Fidelity Magellan Fund | A | Dividend | K | T | | | | | |
| 49. Fidelity Cash Res. | A | Dividend | L | T | | | | | |
| 50. Fidelity Growth Income Fund | A | Dividend | K | T | | | | | |
| 51. Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 52. Fleet Bank Common Stock | A | Dividend | J | T | | | | | |
| 53. Versant Affiliates Fund Partnership Int. | A | Int/Div | | | Sale | 4/1 | J | | Latham & Watkins |
| 54. Mayfield Fund V Partnership Int. | A | Interest | | | Sale | 4/1 | J | | Latham & Watkins |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

-- Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. | TCV IV Strategic Partners Partnership Interest | A | Interest | | | Sale | 4/1 | J | | Latham &<br>Watkins |
| 56. | Bay City Capital Partnership Interest | A | Interest | | | Sale | 4/1 | J | | Latham &<br>Watkins |
| 57. | Idealab Common Stock | | None | | | Sale | 4/1 | J | | Latham &<br>Watkins |
| 58. | Reliant Pharmaceutical Common Stock | | None | | | Sale | 4/1 | J | | Latham &<br>Watkins |
| 59. | Expedia Common Stock | A | Capital Gain | | | Sale | 4/1 | J | | Latham &<br>Watkins |
| 60. | Lincoln, Nebraska Water Rev. | A | Interest | K | T | Bought | 4/25 | K | | |
| 61. | Orange Co. Refunding, North Carolina | A | Interest | K | T | Bought | 3/12 | K | | |
| 62. | Greenville, South Carolina Maturity 2013 | A | Interest | | | Sold | 4/8 | J | B | |
| 63. | Kendall Kane & Will Cos. Sch. Dist. Bonds<br>Maturity 2016 | A | Interest | | | Sold | 3/11 | K | B | |
| 64. | Latham & Watkins | | None | | | Refund | 4/1 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and B4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Line 64 of Section VII was inadvertently omitted from the 2003 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date____8/5/03_____

NOTE: ANY [           ]DUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJE[     ] CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544